JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
LAURA E. RIOS, ESQ.
Nevada Bar No. 15990
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: jowens@messner.com
         lrios@messner.com

*Attorneys for Defendant*
*Gary Douglas Leeman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YOSNIEL SAYU ROJAS, an individual; THALIA HERNANDEZ ARSUAGA, an individual; BENSSON PINERA LEZCANO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>GARY DOUGLAS LEEMAN, an individual; HOT SHOT EXPRESS INC., a foreign entity; JONES MOTOR GROUP, a foreign entity; DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants. | CASE NO.: 2:25-cv-01046-JAD-BNW<br><br>**STIPULATION AND ORDER TO REMAND REMOVED ACTION**<br><br>ECF No. 8 |

Plaintiffs YOSNIEL SAYU ROJAS, THALIA HERNANDEZ ARSUAGA, and BENSSON PINERA LEZCANO, by and through their counsel of record, TANNER LAW FIRM, and Defendant GARY DOUGLAS LEEMAN, by and through his counsel of record, MESSNER REEVES LLP, hereby stipulate as follows:

Page **1** of **3**

A-23-879461-C

1. On March 31, 2025, Plaintiffs filed their Complaint in the Eighth Judicial District Court for Clark County, Nevada, entitled YOSNIEL SAYU ROJAS, an individual; THALIA HERNANDEZ ARSUAGA, an individual; BENSSON PINERA LEZCANO, an individual; Plaintiffs, vs. GARY DOUGLAS LEEMAN, an individual; HOT SHOT EXPRESS INC., a foreign entity; JONES MOTOR GROUP, a foreign entity; DOES I through X; and ROE ENTITIES I through X, Defendants, Case Number A-25-915724-C (the "Action").

2. Defendant GARY DOUGLAS LEEMAN was served with the Summons and Complaint on or about April 3, 2025. Upon information and belief, Defendants HOT SHOT EXPRESS INC., and JONES MOTOR GROUP have not yet been served with a copy of the Complaint.

3. On June 13, 2025, Defendant GARY DOUGLAS LEEMAN filed a notice of removal of the Action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. §§ 1441(a)-(c), with the United States District Court, District of Nevada.

4. On June 13, 2025, Defendant GARY DOUGLAS LEEMAN completed the removal process by filing a conformed copy of the notice of removal with the Eighth Judicial District Court for Clark County, Nevada.

5. After some discussion, the parties have agreed that the Action should be remanded to the Eighth Judicial District Court for Clark County, Nevada. To that end, the Parties hereby stipulate that the Action be remanded to Eighth Judicial District Court for Clark County, Nevada.

. . .

. . .

. . .

. . .

A-23-879461-C

6. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

DATED this 8th day of August 2025.

| TANNER LAW FIRM | MESSNER REEVES LLP |
|---|---|
| /s/ David A. Tanner<br>DAVID A. TANNER, ESQ.<br>Nevada Bar No. 8282<br>JEFFREY C. GUNN, ESQ.<br>Nevada Bar No. 15925<br>7895 W. Sunset Road, Suite 115<br>Las Vegas, Nevada 89113<br>*Attorneys for Plaintiffs* | /s/ Jonathan B. Owens<br>JONATHAN B. OWENS, ESQ.<br>Nevada Bar No. 7118<br>LAURA E. RIOS, ESQ.<br>Nevada Bar No. 15990<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant*<br>*Gary Douglas Leeman* |

### ORDER

Based on the parties' stipulation [ECF No. 8] and good cause appearing, IT IS ORDERED that **THIS ACTION IS REMANDED** back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-25-915724-C. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
Jennifer A. Dorsey, U.S. District Judge
August 12, 2025